**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| ROBERTO URANGA,<br>Plaintiff,<br>v.<br>CHRISTOPHER J. HICKS, *et al.*,<br>Defendants. | Case No. 3:26-CV-00507-ART-CLB<br>**ORDER DENYING PLAINTIFF'S MOTION TO AMEND**<br>[ECF No. 13] |

On November 9, 2026, Plaintiff Roberto Uranga ("Uranga") filed a motion for leave to file an amended complaint. (ECF No. 13.) Previously, the Court screened Uranga's original complaint and allowed Claim 5 (Fourth Amendment) to proceed, dismissed Claim 3 (Eighth Amendment) with prejudice and without leave to amend, and dismissed Claims 1, 2, and 4 (Fourteenth Amendment) without prejudice and with leave to amend. (ECF No. 12.) The Court explicitly only gave leave to amend on Uranga's Fourteenth Amendment claims, Claims 1, 2, and 4. (*Id.* at 7.) The Court also dismissed District Attorney Hicks and the State of Nevada as defendants. (*Id.*) The Court gave Uranga until November 6, 2026, to file "a new amended complaint *consistent with this order*." (*Id.* (emphasis added).)

Uranga failed to file an amended complaint on or before November 6, 2026, and the proposed complaint attached to his motion to amend is not consistent with the Court's screening order. (*See* ECF Nos. 13, 13-1.) The proposed amended complaint introduces new claims, such as a First Amendment retaliation claim and a civil conspiracy claim. (ECF No. 13-1 at 22-25.) Uranga also adds new defendants and re-alleges claims against District Attorney Hicks, who was previously dismissed from the case. (*Id.* at 3-5.) Because the proposed amended complaint is not consistent with the Court's screening order, (ECF No. 12), Uranga's motion to amend is denied. However, in light of Uranga's status as a *pro se* litigant, the Court will *sua sponte* extend the deadline to file an

amended complaint.

**IT IS THEREFORE ORDERED** that Uranga's motion to amend, (ECF No. 13), is **DENIED**.

**IT IS FURTHER ORDERED** that Uranga shall have until **Monday, December 14, 2026**, to file an amended complaint **consistent with the Court's screening order**, (ECF No. 12.)

**IT IS SO ORDERED**.

**DATED**: November 12, 2026.

**UNITED STATES MAGISTRATE JUDGE**